**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE: EDWARD C. DAVIS                                    CASE NO. 09-80443
       THERESA M. DAVIS
-----------------------------------------------------------------------------------------------------------------------------

## MOTION FOR AUTHORITY TO COMPROMISE

**NOW INTO COURT**, through undersigned counsel, comes the Trustee of the above named estate, plaintiff herein, who respectfully represents that:

1.

The Trustee filed an adversary proceeding in this case seeking recovery of an asset of the estate and revocation of the debtors' Discharge.

2.

After investigation, mover has determined that certain assets were transferred and are subject to avoidance and an asset was not disclosed although he has come to believe that the non-disclosure was inadvertent.

3.

The parties have a proposed compromise which involves payment of the sum of Thirty Thousand and No/100's Dollars ($30,000.00) by the debtors and dismissal of all claims by the Trustee.

4.

The Trustee does not think that the facts support revocation of the Discharge of the debtors and he proposes to dismiss his request for the same as part of the proposed compromise.

5.

In light of the circumstances of this cased, mover does not believe pursuit of the claim to revoke debtors' Discharge would be successful.

6.

Mover therefore believes that the proposed compromise is therefore in the best interests of the estate and recommends approval of the same.

7.

Settlement of this matter is in the best interest of the estate as it recovers assets of the estate, avoids additional legal expense and will result in a dividend to unsecured creditors.

8.

The Trustee believes that the proposed compromise is in the best interests of the estate and all parties in interest.

9.

Mover shows that the proposal involves the debtors paying the fair market value of assets that the Trustee believes were transferred and are subject to avoidance as well as an asset that he believes was not disclosed although he has come to believe that the non-disclosure was inadvertent.

10.

Mover requests approval of the proposal after due notice and hearing.

**WHEREFORE, MOVER PRAYS** that this Court approve the proposed compromise after due notice and hearing.

**LAW OFFICE OF,**


**/S/ THOMAS R. WILLSON**
**THOMAS R. WILLSON**
**P.O. DRAWER 1630**
**ALEXANDRIA, LA 71309**
**ATTORNEY FOR TRUSTEE (#13546)**
**PH. #(318) 442-8658**